UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAWN SEEVER, DEBORAH SEEVER, VERONICA
RODRIGUEZ, and PEGGY ROWLAND, on behalf of
themselves and all other Employees similarly situated,

                    Plaintiffs,

                                                                                         DECISION AND ORDER

                                                                                               02-CV-6580L(P)

          v.

CARROLS CORPORATION,

                    Defendant.
_____

      By notice of motion (Dkt. #90), Lynda Seever, moves to be substituted as a party plaintiff in this action pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.  The motion is granted.

      Deborah Seever commenced this action on or about November 12, 2002 as one of the named party plaintiffs.  Deborah Seever died on April 15, 2004 and is survived by her mother, Lynda Seever, the moving party and is the primary distributee of Deborah Seever.

      I believe the claims of Deborah Seever survive her death and that her distributee, Lynda Seever, is a proper person to be substituted in place of Deborah Seever.

      IT IS SO ORDERED.

                                              _____
                                                   DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
       September 8, 2005.